PROB 34
(Rev. 5/01)

Report and Order Terminating Supervised Release

FILED
Clerk
District Court

OCT 18 2006

# UNITED STATES DISTRICT COURT

FOR THE

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*District of the Northen Mariana Islands*

UNITED STATES OF AMERICA

v.

MENDIOLA, Joey Jr.

CRIMINAL CASE NO. 02-00006-001

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **October 7, 2006**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __18TH__ day of October, 2006.

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands